UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                                    )
    **CARLENE OXENDINE SALDANA**                    )    NOTICE TO CREDITORS
                                                      )    AND
                                                      )    PROPOSED PLAN
SS#  **xxx-xx-8067**                                      )
SS#  _____                           )    Case No. _____
                    Debtor(s)                  )

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **November 19, 2015**.

THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.

OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.

A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1. <u>Payments to the Trustee</u>: The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$855.30**, for distribution to creditors after payment of costs of administration.

2. <u>Payments made directly to creditors</u>: The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | -NONE- | |

3. <u>Disbursements by the Trustee</u>: The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

    (A)    The following priority claims shall be paid in full by means of deferred payment:
                **Internal Revenue Service**
                **Moore County Tax Department**
                **NC Department Of Revenue**

    (B)    The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **BSI FINANCIAL SERVICES** | **200 SHORT LANE, ABERDEEN NC 28315**<br>**Market Value= $150,000.00** | **$303.55** |

    (C)    The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **Chrysler Capital** | **2013 Chrysler 200  Market Value= $9,230.00** | **$192.29** |

    (D)    The following co-signed claims shall be paid in full by monthly payments:
                **-NONE-**

    (E)    The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **BSI FINANCIAL SERVICES** | **200 SHORT LANE, ABERDEEN NC 28315** | **$267.97** |

(F) After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __100__ % and is estimated to be __100__ %.

4. Property to be surrendered: The following property will be returned to the secured creditor:

Creditor                                    Collateral
**-NONE-**
(name of creditor and description of property)

5. The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

Contract\Lease Party            Description of Contract or Lease            Assume or Reject?
**-NONE-**

6. Other proposed provisions are as follows:


Date:   **November 19, 2015**                    **/s/ Brett Smith Yauger**
                                                 **Brett Smith Yauger 22842**
                                                 Attorney for the Debtor
                                                 Address:    **107 Monroe Street**
                                                             **PO Box 39**
                                                             **Carthage, NC 28327**
                                                 Telephone:  **910-947-2280**
                                                 State Bar No.  **22842**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
**CARLENE OXENDINE SALDANA** ) NOTICE TO CREDITORS
) AND
) PROPOSED PLAN
SS#   xxx-xx-8067 )
SS# ) Case No. _____
Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**BSI FINANCIAL SERVICES**
**314 S FRAMKLIN ST**
**Titusville, PA 16354**

**Chrysler Capital**
**PO Box 961275**
**Fort Worth, TX 76161**

**COMENITY BANK.GOODYS**
**PO BOX 182789**
**Columbus, OH 43218**

**Franklin Collection Services**
**2978 ꓯJackson Street**
**Greensboro, NC 27401**

**Hughes Net**
**PO Bpx 96874**
**Chicago, IL 60693**

**Inerstate Credit Collections**
**711 Coliseum Plaza Court**
**Winston Salem, NC 27106**

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114**

**KOHLS/CAPONE**
**N56 W 17000 RIDGEWOOD DRIVE**
**Menomonee Falls, WI 53051**

**Moore County Tax Department**
**PO Box 457**
**Carthage, NC 28327**

**Moore County Water Department**
**PO Box 1927522**
**US Hwy 15/501**

**Carthage, NC 28327**

**NC Department Of Revenue
PO Bo 25000
Raleigh, NC 27640**

**Stern Recovery Services
415 N Edgeworth Street
Greensboro, NC 27401**

Date:  **November 19, 2015**               **/s/ Brett Smith Yauger**
                                            **Brett Smith Yauger 22842**