UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CARLENE OXENDINE SALDANA     CASE NO. 15-81278
   200 SHORT LANE     JUDGE BENJAMIN A. KAHN
   ABERDEEN, NC  28315

   DEBTOR

SSN(1) XXX-XX-8067     DATE:  07/06/2016

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE N A<br>BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $274.78<br>INT: 5.25%<br>NAME ID: 233954<br>CLAIM #: 0010 | UNSECURED<br><br>ACCT: 3720<br>COMMENT: KOHL'S |
| DRRF II SPE LLC<br>% BSI FINANCIAL SERVICES<br>ATTN: CASHIERING<br>314 S FRANKLIN STREET<br>TITUSVILLE, PA  16354 | MONTHLY PMT $391.97<br>INT: .00%<br>NAME ID: 273630<br>CLAIM #: 0001 | ONGOING DEBT<br><br>ACCT: 1758<br>COMMENT: 1ST DEED/TRUST (RES) |
| DRRF II SPE LLC<br>% BSI FINANCIAL SERVICES<br>ATTN: CASHIERING<br>314 S FRANKLIN STREET<br>TITUSVILLE, PA  16354 | $14,603.07<br>INT: .00%<br>NAME ID: 273630<br>CLAIM #: 0015 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 1758<br>COMMENT: ARREARS/1ST DEED/TRUST (RES) |
| HUGHES NET<br>PO BPX 96874<br>CHICAGO, IL  60693 | $0.00<br>INT: 5.25%<br>NAME ID: 270345<br>CLAIM #: 0008 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INERSTATE CREDIT COLLECTIONS<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: 5.25%<br>NAME ID: 270346<br>CLAIM #: 0009 | UNSECURED<br>NOT FILED<br>ACCT: 9918<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA  19114 | $0.00<br>INT: .00%<br>NAME ID: 270347<br>CLAIM #: 0003 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MATHIAS H HUNOVAL<br>THE HUNOVAL LAW FIRM PLLC<br>501 MINUET LANE STE 104A<br>CHARLOTTE, NC  28217 | $0.00<br>INT: .00%<br>NAME ID: 206279<br>CLAIM #: 0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BSI FINANCIAL SERVICES/DRRF II SPE LLC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MOORE COUNTY REGISTER OF DEEDS<br>COURTHOUSE<br>CARTHAGE, NC  28327 | $52.00<br>INT: .00%<br>NAME ID: 3389<br>CLAIM #: 0013 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: Record Notice |
| MOORE COUNTY TAX  DEPARTMENT<br>P O BOX 457<br>CARTHAGE, NC  28327-0457 | $1,437.74<br>INT: 9.00%<br>NAME ID: 31833<br>CLAIM #: 0004 | SECURED<br><br>ACCT: 2800<br>COMMENT: 2014,2015,2016 Real Property Tax |
| MOORE COUNTY WATER DEPARTMENT<br>PO BOX 1927522<br>US HWY 15/501<br>CARTHAGE, NC  28327 | $0.00<br>INT: 5.25%<br>NAME ID: 270349<br>CLAIM #: 0011 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>PO BO 25000<br>RALEIGH, NC  27640 | $0.00<br>INT: .00%<br>NAME ID: 270350<br>CLAIM #: 0005 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $621.74<br>INT: 5.25%<br>NAME ID: 237199<br>CLAIM #: 0006 | UNSECURED<br><br>ACCT: 6356<br>COMMENT: GOODY'S |
| SANTANDER CONSUMER USA INC<br>DBA CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $9,230.00<br>INT: 5.25%<br>NAME ID: 248444<br>CLAIM #: 0002 | VEHICLE<br><br>ACCT: 8211<br>COMMENT: 2013 CHRYSLER 200 |
| SANTANDER CONSUMER USA INC<br>DBA CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $2,485.33<br>INT: 5.25%<br>NAME ID: 248444<br>CLAIM #: 10002 | UNSECURED<br><br>ACCT: 8211<br>COMMENT: Split Claim |
| SOLSTAS LAB PARTNERS GROUP LLC<br>% FRANKLIN COLLECTION SERVICE INC<br>P O BOX 3910<br>TUPELO, MS  38803 | $274.00<br>INT: 5.25%<br>NAME ID: 246403<br>CLAIM #: 0007 | UNSECURED<br><br>ACCT: 8067<br>COMMENT: |
| STERN RECOVERY SERVICES<br>415 N EDGEWORTH STREET<br>GREENSBORO, NC  27401 | $0.00<br>INT: 5.25%<br>NAME ID: 270351<br>CLAIM #: 0012 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$29,370.63** | |
| BRETT SMITH YAUGER ESQ<br>ROWLAND & YAUGER<br>P O BOX 637<br>CARTHAGE, NC  28327 | $3,200.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

PAGE 3 - CHAPTER 13 CASE NO. 15-81278

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/06/2016                                       OFFICE OF THE CHAPTER 13 TRUSTEE

                                                        By:  /s/  Qiana Michaux
                                                             Clerk
                                                             Chapter 13 Office
                                                             P. O. BOX 3613
                                                             DURHAM, NC  27702-3613

cc: Debtor
    Attorney for Debtor - Electronic Notice