B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina

In re  Carlene Oxendine Saldana          ,          Case No.  15-81278

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| United Asset Management, LLC | DRRF II SPE LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
United Asset Management, LLC
Attn: Thomas Vo
18682 Beach Blvd. #250, Huntington Beach, CA 92648
Phone: _____
Last Four Digits of Acct #:  9028

Court Claim # (if known):  6-1
Amount of Claim:  $28,534.73
Date Claim Filed:  04/07/2016

Phone: _____
Last Four Digits of Acct. #:  1758

Name and Address where transferee payments should be sent (if different from above):
c/o FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809
Phone: _____
Last Four Digits of Acct #:  9028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 10/29/2018
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.